**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00158-CR**
_____

**PEYTON BRYCE GRIEBE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-08-09769-CR**

**MEMORANDUM OPINION**

The appellant, Peyton Bryce Griebe, filed a motion asking the Court to dismiss his appeal.[1] Griebe and his attorney signed the motion.[2] We grant the motion and dismiss the appeal.[3]

APPEAL DISMISSED.

PER CURIAM

Submitted on August 30, 2022
Opinion Delivered August 31, 2022
Do Not Publish
Before Golemon, C.J., Horton and Johnson, JJ.

_____

[1]*See* Tex. R. App. P. 42.2.
[2]*See id*.
[3]*See id*. 43.2(f).

1